**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Civil Action No.: 1:26-cv-00383**

| | | |
|---|---|---|
| WILLIAM YELTON, *individually and on behalf of all others similarly situated,* | ) | |
| Plaintiff, | ) | |
| v. | ) | **AFFIDAVIT OF SERVICE** |
| FREEDOMROADS, LLC, | ) | |
| Defendant. | ) | |

Karl S. Gwaltney, being first duly sworn, deposes and says:

1. I am a citizen and resident of the State of North Carolina, am above the age of twenty- one (21) years and am not subject to any legal disabilities. I make the following statements on my own personal knowledge. I am an attorney for the law firm representing Plaintiff in this matter.

2. On November 9, 2026, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, I deposited a filed copy of the Civil Summons, Complaint, and Electronic Case Opening to the United States Postal Service, via Certified Mail, Return Receipt Requested, and addressed as follows:

FREEDOMROADS, LLC
c/o CT Corporation System, Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC 27608

3. Process was in fact served on FreedomRoads, LLC and received on November 13, 2026, as evidenced by the Proof of Service attached hereto as **Exhibit A**.

Further Affiant sayeth not.

This the 16th day of November, 2026.

Karl S. Gwaltney

Sworn and subscribed before me this the 16th day of November, 2026.

Kaitlyn Anthony

Notary Public

Kaitlyn Anthony

Printed Name

My commission expires: 10/22/2030

SEAL

KAITLYN ANTHONY
Notary Public
Wake County
North Carolina

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2026, the foregoing **Affidavit of Service** was filed through the Court's CM/ECF system on all parties having entered an appearance in this matter.

*/s/ Karl S. Gwaltney*
KARL S. GWALTNEY

*Counsel for Plaintiffs*