UNITED STATES POSTAL SERVICE®

PLAINTIFF'S EXHIBIT

A

November 16, 2026

Dear Grey Morgan:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8111 0549 5425 7982 56**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | November 13, 2026, 10:56 am |
| **Location:** | RALEIGH, NC 27615 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |
| **Recipient Name:** | FREEDOMROADS LLC c/o CT Corporation System Regis |

## Shipment Details

| | |
|---|---|
| **Weight:** | 5.4oz |

## Recipient Signature

**Signature of Recipient:** T Davis
T Davis

**Address of Recipient:** 160 MINE LAKE CT STE 100, RALEIGH, NC 27615

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Postal Service **Certified Mail Receipt**

**ARTICLE NUMBER:** 9414 8111 0549 5425 7982 56

**ARTICLE ADDRESSED TO:**

FREEDOMROADS, LLC
c/o CT Corporation System, Registered Agent
160 Mine Lake Ct Ste 200
Raleigh NC 27615-6417

**FEES**

| | |
|---|---|
| Postage Per Piece | 3.14 |
| Certified Fee | 5.55 |
| Total Postage & Fees: | $11.60 |

**Postmark Here**

Yelton
11/9